# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2019

160236 & (16)(17)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

AARON DALE GROOMS,
        Plaintiff-Appellee,

v

NICOLE ANNE HUNTZINGER-GILPIN,
        Defendant-Appellant.

SC: 160236
COA: 350338
Ingham CC: 19-000870-DC

_____/

      On order of the Court, the motion to expedite is GRANTED. The application for leave to appeal the August 28, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted, and DIRECT that court to decide the case on an expedited basis. The motion to stay proceedings is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



Clerk

t0924